UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :        Hon. Dickinson R. Debevoise
                                     Crim. No. 09-345 (DRD)
            v.              :
                                     <u>CONTINUANCE ORDER</u>
VALDIS PUDNIEKS,            :


        This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (by Brian L. Urbano, Assistant
U.S. Attorney), and defendant Valdis Pudnieks (by David Holman,
Esq.) for an order granting a continuance of the proceedings in
the above-captioned matter, and the defendant being aware that
she has the right to have the matter brought to trial within 70
days of the date of his appearance before a judicial officer of
this court pursuant to Title 18 of the United States Code,
Section 3161(c)(1), and as the defendant has consented to such a
continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.   Plea negotiations are currently in progress, and
both the United States and the defendants desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

Fax sent by                                              07-21-09 12.44p   Pg:   3/5
Fax from   Case 2:09-cr-00345-DRD   Document 10   Filed 07/21/09   Page 2 of 3 PageID: 22
07-21-09 08:17a   Pg:   3

2.   Defendant has consented to the aforementioned continuance; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___21st___ day of July, 2009,

IT IS ORDERED that defense motions shall be filed by September 21, 2009, the government's reply shall by filed by September 28, 2009, the defense surreply, if any, shall be filed by October 5, 2009, the argument of the motions is scheduled for October 7, 2009, and the trial is scheduled for October 21, 2009; and

IT IS FURTHER ORDERED that the period from July 21, 2009, through September 21, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DICKINSON R. DEBEVOISE
United States District Judge

I hereby consent to the form and entry of this Order

David Holman, Esq.
ATTORNEY FOR DEFENDANT

BRIAN L. URBANO, AUSA